**Electronically Filed**
**Supreme Court**
**SCWC-11-0000625**
**10-JAN-2014**
**01:33 PM**

SCWC-11-0000625

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

SIERRA CLUB,
Petitioner/Appellant-Appellee,

vs.

CASTLE & COOKE HOMES HAWAI'I, INC., and
THE LAND USE COMMISSION OF THE STATE OF HAWAI'I,
Respondents/Appellees-Appellants,

OFFICE OF PLANNING, STATE OF HAWAI'I, DEPARTMENT OF PLANNING AND
PERMITTING, and NEIGHBORHOOD BOARD NO. 25,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000625; CIV. NO. 10-1-2424-11)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakayama, Acoba, McKenna, and Pollack, JJ.,
with Recktenwald, C.J., dissenting separately)

Upon consideration of the Motion for Reconsideration filed by Respondents-Appellees-Appellants Castle & Cooke Homes Hawai'i, Inc., filed January 2, 2014, and the records and files herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawai'i, January 10, 2014.

Benjamin M. Matsubara,
Curtis T. Tabata, and
Wyeth M. Matsubara
for respondent-appellee-appellant
Castle & Cooke Homes, Hawai'i,
Inc.

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

